UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH B. RAINEY,

                Plaintiff,

      -against-

PARKCHESTER CONDOMINIUMS, INC.;
PARKCHESTER POLICE DEPARTMENT.,

              Defendants.

25 CIVIL 01228 (KMW)

CIVIL JUDGMENT

For the reasons stated in the June 3, 2026, Order, Plaintiff's federal claims are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of his state law claims. This decision does not limit Plaintiff's right to raise any of the arguments he may wish to raise in State court. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

       SO ORDERED.

Dated:   June 9, 2026
          New York, New York

                           /s/ Kimba M. Wood
                           KIMBA M. WOOD
                  United States District Judge